UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PETER ACKERMAN, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 1:08-cv-00279 |
| UNITED STATES OF AMERICA, | § § | Judge Henry H. Kennedy |
| | § § | |
| Defendant. | § | |

## NOTICE

    Plaintiff Peter Ackerman, by and through his undersigned counsel, notes that the attached Affidavit of Mailing verifies that his original Complaint was received by the U.S. Attorney General and the U.S. Attorney for the District of Columbia on February 25, 2008.

    Respectfully submitted,

    */s/ Rebecca L.D. Gordon*
    JAMES P. JOSEPH, D.C. Bar No. 421231
    REBECCA L. D. GORDON, D.C. Bar No. 468809

    Arnold & Porter, L.L.P.
    555 Twelfth Street, N.W.
    Washington, D.C. 20004-1206
    (202) 942-5000 (telephone)
    (202) 942-5999 (facsimile)
    LEAD COUNSEL FOR PLAINTIFF

Dated: April 11, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER ACKERMAN,              )
                             )
        Plaintiff,           )          No. 1:08-cv-00279
                             )          Judge Henry H. Kennedy
v.                           )
                             )
UNITED STATES OF AMERICA,    )
                             )
        Defendant.           )
_____)

### AFFIDAVIT OF MAILING

I, Jennifer Frericks Loiter, hereby state that:

1.  On the 22nd day of February, 2008, I caused to be deposited in the United States Mail copies of the summons and complaint in the above-captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to each of the following defendants:

> United States Attorney General
> 950 Pennsylvania Avenue NW
> Washington, DC 20530
>
> Civil Process Clerk
> U.S. Attorney for the District of Columbia
> 555 Fourth Street NW
> Washington, DC 20530

2.  Attached as Exhibit A hereto is the receipt for certified mail, No. 7000 1670 0012 2536 3825, indicating that delivery of the summons and complaint was made upon the United States Attorney General on the 25th day of February, 2008.

3. Attached as Exhibit B hereto is a verification from the U.S. Attorney's Civil Division that the summons and complaint were received in that office on the 25th day of February, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

_April 9, 2008_
(Date)

_Jennifer French Loiter_
(Signature)

# Exhibit A

Case 1:08-cv-00279-HHK    Document 3-2    Filed 04/11/2008    Page 3 of 8

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* | B. Date of Delivery |
| | C. Signature *[signature]*<br>X FEB 2 5 2008 | ☐ Agent<br>☐ Addressee |
| | D. Is delivery address different from item 1?<br>If YES, enter delivery address below: | ☐ Yes<br>☐ No |
| 1. Article Addressed to:<br><br>United States Attorney General<br>950 Pennsylvania Ave NW<br>Washington DC 20530 | | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)* | ☐ Yes |
| 2. Article Number *(Copy from service label)*<br>7000  1670  0012  2536  3825 | | |
| PS Form 3811, July 1999 | Domestic Return Receipt | 102595-00-M-0952 |

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Jennifer Loiter
Arnold & Porter LLP
555 Twelfth St, NW
Washington, DC 20004-1206

# Exhibit B

FROM BETA                                                          (TUE) 4. 8'08 17:20/ST. 17:19/NO. 4861391367 P  1



U.S. Department of Justice
United States Attorney
District of Columbia

Civil Division

Judiciary Center Building                    Telephone: (202) _____
555 Fourth Street, N.W.                      Fax: (202) 514-8780 or 81
Washington, D.C. 20530



## Fax Transmission

Fax #: _202/442-5999_          Phone #: _____

To _Jennifer_                  Date: _____
   _Loiter_                    Pages: _____ including cover sheet

From: _Gary Nails_ _____

Subject: _____ _Proof of Service_ _____

Comments: _____
_____
_____
_____
_____
_____

(HARD COPY)    WILL BE MAILED _____    WILL NOT BE MAILED _____

### U.S. ATTORNEY FACSIMILE COMMUNICATION

WARNING: Information attached to this cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited. Please notify the originator immediately to arrange for proper disposition.

FROM BETA                                    (TUE) 4. 8'08 17:21/ST. 17:19/NO. 4861391367 P 2

