**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PETER ACKERMAN, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 1:08-cv-00279 |
| | § | |
| UNITED STATES OF AMERICA, | § | Judge Henry H. Kennedy |
| | § | |
| | § | |
| Defendant. | § | |

## NOTICE

Plaintiff Peter Ackerman, by and through his undersigned counsel, notes that the attached

Affidavit of Mailing verifies that his original Complaint was received by the U.S. Attorney

General and the U.S. Attorney for the District of Columbia on February 25, 2008.

Respectfully submitted,

        */s/ Rebecca L.D. Gordon*
JAMES P. JOSEPH, D.C. Bar No. 421231
REBECCA L. D. GORDON, D.C. Bar No. 468809

Arnold & Porter, L.L.P.
555 Twelfth Street, N.W.
Washington, D.C.  20004-1206
(202) 942-5000 (telephone)
(202) 942-5999 (facsimile)
LEAD COUNSEL FOR PLAINTIFF

Dated:  April 11, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PETER ACKERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:08-cv-00279 |
| | ) | Judge Henry H. Kennedy |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## AFFIDAVIT OF MAILING

I, Jennifer Frericks Loiter, hereby state that:

1.    On the 22nd day of February, 2008, I caused to be deposited in the United
States Mail copies of the summons and complaint in the above-captioned case, postage
prepaid, return receipt requested, restricted delivery, addressed to each of the following
defendants:

> United States Attorney General
> 950 Pennsylvania Avenue NW
> Washington, DC 20530
>
> Civil Process Clerk
> U.S. Attorney for the District of Columbia
> 555 Fourth Street NW
> Washington, DC 20530

2.    Attached as Exhibit A hereto is the receipt for certified mail, No. 7000 1670
0012 2536 3825, indicating that delivery of the summons and complaint was made upon the
United States Attorney General on the 25th day of February, 2008.

3.     Attached as Exhibit B hereto is a verification from the U.S. Attorney's Civil Division that the summons and complaint were received in that office on the 25th day of February, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

_April 9, 2008_
(Date)

_Jennifer French Loiter_
(Signature)

2

# Exhibit A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Attorney General
950 Pennsylvania Ave NW
Washington DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)

B. Date of Delivery

C. Signature
X    FEB 2 5 2008

☐ Agent
☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail       ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)       ☐ Yes

2. Article Number (Copy from service label)

7000 1670 0012 2536 3825

PS Form 3811, July 1999          Domestic Return Receipt          102595-00-M-0952

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Jennifer Loiter
Arnold & Porter LLP
555 Twelfth St, NW
Washington, DC 20004-1206

# Exhibit B

FROM BETA                                           (TUE) 4. 8'08 17:20/ST. 17:19/NO. 4861391367 P  1



U.S. Department of Justice
United States Attorney
District of Columbia

Civil Division

Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C.  20530

Telephone: (202) _____
Fax:  (202) 514-8780 or 81



# Fax Transmission

Fax #: _202/442-5499_          Phone #: _____

To _JENNIFER_                  Date: _____

_Loiter_                       Pages: _____ including cover sheet

From: _Gary Nails_

Subject: _____
         _Proof of Service_____

Comments: _____
_____
_____
_____
_____
_____
_____

(HARD COPY)        WILL BE MAILED _____        WILL NOT BE MAILED _____

## U.S. ATTORNEY FACSIMILE COMMUNICATION

WARNING: Information attached to this cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited. Please notify the originator immediately to arrange for proper disposition.



SB ID   1103    Case Number   08-0279

Case Caption Information

Plainitff   Ackerman, Peter and Joanne

2/25/2008

LMCarroll

District

Defendant   United States of America

Comments   Certified mail