IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER ACKERMAN,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 1:08-cv-00279 (HHK)<br>)<br>)<br>)<br>)<br>)<br>) |

## UNITED STATES' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO AMENDED COMPLAINT

The United States moves for a 60 day enlargement of time in order to answer or otherwise respond to plaintiff's amended complaint. "Good cause" supports this request because the administrative file for this matter and litigation files before the Tax Court and on appeal have not yet been retrieved. The United States further understands that plaintiff filed on or about April 15, 2008, a related matter requesting a refund of taxes for the tax year ended December 31, 1999. An enlargement of time will allow the United States to coordinate its response to this amended complaint with its response to plaintiff's subsequent complaint.

3219587.1

An enlargement of time may also foster initial communications between the parties that may narrow the dispute. Counsel for the United States has contacted counsel for plaintiff and plaintiff does not oppose this request for a 60 day enlargement of time.

DATED:   April 22, 2008                    Respectfully submitted,

                                                 /s/ Joseph E. Hunsader
                                                JOSEPH E. HUNSADER
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice
                                                Post Office Box 227
                                                Washington, DC 20044
                                                Telephone: (202) 514-0472
                                                Facsimile: (202) 514-6866
                                                Email: Joseph.E.Hunsader@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

3219587.1

CERTIFICATE OF SERVICE

I certify that on April 22, 2008, I caused to be served via the court's ECF system and U.S. Mail this UNITED STATES' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO AMENDED COMPLAINT and proposed ORDER upon:

>James P. Joseph, Esq.
>Arnold & Porter
>555 Twelfth Street, N.W.
>Washington, D.C.  20004

>/s/ Joseph E. Hunsader
>Joseph E. Hunsader

3219587.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER ACKERMAN, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:08-cv-00279 (HHK) |
| UNITED STATES, | ) |
| Defendant. | ) |

**ORDER**

The United States' unopposed motion for enlargement of time to respond to the amended complaint having come before the Court and the Court having considered all argument and evidence presented, the Court hereby finds that "good cause" supports this motion and the United States' motion is therefore GRANTED.

It is therefore ORDERED that the time for the United States to answer or to otherwise respond to plaintiff's amended complaint is enlarged by 60 days until and including to June 24, 2008.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

3219689.1