IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER ACKERMAN,

    Plaintiff,

v.      No. 1:08-cv-00279 (HHK)

UNITED STATES,

    Defendant.

## **ANSWER**

The United States answers the amended complaint filed by Peter Ackerman as follows:

### FIRST DEFENSE

The amended complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Federal subject matter jurisdiction does not exist in this matter, including that the sovereign immunity of the United States has not been waived. *E.g.*, 26 U.S.C. §7422(a).

1

3204734.1

THIRD DEFENSE

The amended complaint alleges items and/or claims that fail to qualify as computational adjustments under 26 U.S.C. §§6230(c), 6231(a)(6).

FOURTH DEFENSE

Plaintiff did not duly file a valid claim for refund as required prior to filing the amended complaint, including that plaintiff did not pay the disputed tax in full prior to filing his purported claim(s) for refund; did not file the claim(s) for refund under the penalty of perjury; did not utilize Form 1040X, Form 843, or any other form of submission indicating that a claim(s) for refund was/were being filed; and did not file the purported claim(s) for refund with the service center where plaintiff's return(s) was/were filed. *E.g.,* 26 U.S.C. §§6230(c)(1) & (3), 6511(a), 7422(a) & (h); 26 C.F.R. §§301.6230(c)-1T, 301.6230(c)-1, 301.6402-3.

FIFTH DEFENSE

Plaintiff's claims are barred by the applicable statutes of limitation, including those for filing claims for refund. *E.g.,* 26 U.S.C. §§6230(c)(2), 6511.

SIXTH DEFENSE

Plaintiff's claims are barred under 26 U.S.C. §6512(a), res judicata, and claim preclusion because plaintiff filed a petition with the Tax Court that is being litigated as *Ackerman v. Commissioner of Internal Revenue,* T.C. Docket Nos. 13947-06 and 26400-06.

3204734.1

SEVENTH DEFENSE

By filing this amended complaint separately from *Ackerman v. United States* (D.D.C. No. 1:08-cv-00657), and from *Ackerman v. United States* (D.D.C. No. 1:08-cv-00722), plaintiff is improperly splitting a cause of action.

EIGHTH DEFENSE

The claims alleged in the amended complaint are subject to the defenses of accord and satisfaction, estoppel, release, settlement and bar, claim preclusion, res judicata, and waiver because of other litigation with and/or binding upon plaintiff including *Santa Monica Pictures, LLC v. Commissioner of Internal Revenue,* T.C. Docket Nos. 6163-03 and 6164-03 and its settlement while pending appeal.

NINTH DEFENSE

Plaintiff's relevant income tax returns and alleged claims for refund were jointly filed with Joanne Leedom Ackerman but the amended complaint is filed solely in the name of Peter Ackerman.  Plaintiff must establish that he, and not his spouse, paid the whole of their joint income tax liability in order to be allowed the claimed overpayment and/or refund.  Plaintiff's claim for a refund is otherwise barred by 26 U.S.C. §6402(a).

TENTH DEFENSE

The United States responds to the numbered paragraphs of plaintiff's amended complaint as follows:

3204734.1

1.  The United States is without sufficient information or knowledge to form a belief as to the truth of the matters asserted regarding plaintiff's location of residence. The United States admits the allegation of the second sentence of paragraph 1 of the amended complaint.

2.  Denied.

3.  The United States denies the matters alleged in the first sentence of paragraph 3 of the amended complaint and denies that federal subject matter jurisdiction exists. The United States is without sufficient information or knowledge to form a belief as to the truth of the matters asserted regarding plaintiff's location of residence and therefore denies the matters alleged in the second sentence of paragraph 3 of the amended complaint.

4.  The United States is without sufficient information or knowledge to form a belief as to the truth of the matters alleged in the first sentence of paragraph 4 of the amended complaint and reiterates its Ninth Defense, above. The United States denies the remaining allegations of paragraph 4 and reiterates its Sixth, Seventh, and Eighth Defenses, above.

5.  Denied.

6.  The United States admits that on January 18, 2006, it made assessments against the plaintiff of income tax, penalties, and interest with respect to the tax years 1997 through 2003, inclusive. The United States admits that on January 18, 2006, it mailed the notice of computational adjustment to

3204734.1

plaintiff and that the notice (including Form 4549A-CG) is Exhibit A to plaintiff's complaint. The United States denies the remaining allegations of paragraph 6.

7. Denied. The United States affirmatively alleges that Exhibits B, C, and D to plaintiff's complaint do not constitute valid claims for computational adjustment because, *inter alia*, the plaintiff's assessed liabilities were not paid in full until on or about October 23, 2006; they were not filed with the service center where plaintiff's return(s) was/were filed; they were not filed on Form 1040X, Form 843, or by any other form of submission indicating that a claim(s) for refund was/were being filed; they assert claims and items that do not qualify as computational adjustments; and at least Exhibit D was not filed within the applicable six month statute of limitations. *See, e.g.,* 26 U.S.C. §6230(c)(1) & (c)(2)(A); 26 U.S.C. §6231(a)(6); 26 C.F.R. §301.6230(c)-1T & 26 C.F.R. §301.6230(c)-1; 26 C.F.R. §301.6402-3.

8. The United States admits that plaintiff and/or Joanne Leedom Ackerman fully paid the assessed liabilities on or about October 23, 2006. The United States denies the remainder of the allegations of paragraph 8 of the amended complaint and reiterates its Fourth Defense.

9. Denied.

10. The United States is without sufficient information or knowledge to form a belief as to the truth of the specifics of the matters alleged in paragraph 10 of the complaint. The United States denies that Exhibits B, C, and D to the

5

amended complaint constituted valid claims for refund under 26 U.S.C. §6230(c)(1) and reiterates its Fourth Defense.

11. Denied and the United States reiterates its Fifth Defense.

12. Denied.

The remainder of plaintiff's complaint is a prayer for relief as to which no response is required.

WHEREFORE, the United States respectfully requests that the Court:

A. Deny plaintiff's claim for a refund;

B. Dismiss the complaint with prejudice;

C. Grant judgment to the United States; and

D. Grant the United States any other relief that may be proper.

DATED: June 23, 2008

    /s/ Joseph E. Hunsader
JOSEPH E. HUNSADER
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044
Telephone: (202) 514-0472
Facsimile: (202) 514-6866
Email: Joseph.E.Hunsader@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

3204734.1

CERTIFICATE OF SERVICE

I certify that on June 23, 2008, I caused to be served via the court's ECF system this ANSWER upon:

>James P. Joseph, Esq.
>Arnold & Porter
>555 Twelfth Street, N.W.
>Washington, D.C.  20004

/s/ Joseph E. Hunsader
Joseph E. Hunsader

3204734.1