IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER ACKERMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:08-cv-00279 (HHK) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF ENTRY OF APPEARANCE FOR
JAN M. GEHT AS COUNSEL FOR THE UNITED STATES**

TO THE CLERK OF THE COURT:

PLEASE enter the appearance of Jan M. Geht as counsel for the United States in the above captioned case.

DATE: July 8, 2008

                                        Respectfully submitted,

                                         /s/ Jan M. Geht
                                        JAN M. GEHT
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        P.O. Box 227
                                        Washington, D.C. 20044
                                        Telephone: (202) 307-6449
                                        Fax: (202) 514-6866
                                        E-mail: jan.m.geht@usdoj.gov
                                        *Counsel for the United States*

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

3204734.1
3413166.1

## CERTIFICATE OF SERVICE

I certify that on July 8, 2008, I caused to be served via the court's ECF system this NOTICE upon all counsel of record.

/s/Jan M. Geht
Jan M. Geht

2

3204734.1
3413166.1