IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER ACKERMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendants. | No. 1:08-cv-00279 (HHK) |
| PETER ACKERMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendants. | No. 1:08-cv-00722 (HHK) |
| PETER ACKERMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendants. | No. 1:08-cv-01136 (HHK) |

**PLAINTIFF'S [PROPOSED] SCHEDULING ORDER**

　　Pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 16, the Court finds that entry of this Order is necessary for the just and efficient resolution of the above-captioned cases.

　　These litigation matters shall be conducted according to the schedule of events set forth herein:

1

| **Date** | **Event** |
|---|---|
| September 15, 2008 | Deadline for joinder of parties and amendment of pleadings. |
| October 13, 2008 | Deadline for FRCP 12(c) motions and/or preliminary motions relating to subject matter jurisdiction. |
| November 12, 2008 | Deadline for any response to FRCP 12(c) motions and/or preliminary motions relating to subject matter jurisdiction. |
| December 12, 2008 | Deadline for any reply in support of FRCP 12(c) motions and/or preliminary motions relating to subject matter jurisdiction. |
| 120 days from resolution of all preliminary motions | Deadline for completion of fact discovery |
| 14 days from deadline for completion of fact discovery | Deadline for Plaintiff's designation of experts and submission of expert reports. |
| 14 days from deadline for Plaintiff's designation of experts and submission of expert reports | Deadline for Defendant's designation of experts and submission of expert reports. |
| 30 days from deadline for Defendant's designation of experts and submission of expert reports | Timeframe for parties to make experts available for deposition. |
| 30 days from deadline for parties to make experts available for deposition | Deadline for parties to file dispositive motions. |
| 30 days from deadline for parties to file dispositive motions | Deadline for parties to file responses to dispositive motions |
| 30 days from deadline for parties to file responses to dispositive motions | Deadline for parties to file replies in support of dispositive motions. |
| 14 days from deadline for parties to file replies in support of dispositive motions | Timeframe for conference between the parties to determine remaining pre-trial schedule. |

**SO ORDERED:**

Dated: _____, 2005

                                                      _____
                                                      Hon. Henry H. Kennedy, Jr.
                                                      United States District Judge