IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PETER ACKERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:08-cv-00279 (HHK) |
| | ) | |
| v. | ) | No. 1:08-cv-00722 (HHK) |
| | ) | |
| UNITED STATES, | ) | No. 1:08-cv-01136 (HHK) |
| | ) | |
| Defendant. | ) | |
| | ) | |

**UNITED STATES' [PROPOSED] COMBINED SCHEDULING ORDER
FOR *ACKERMAN I, III, and IV*[1]**

Upon consideration of the parties' Local Rule 16.3 Joint Report, the parties' respective statements of the case, the oral argument presented by the parties, and the record of this case, it is hereby

**ORDERED** that this case shall proceed in accordance with the deadlines set forth herein:

1. All parties to be joined and all amendments to pleadings to be filed by September 15, 2008

---

[1] As stated in the parties' Rule 16.3 Joint Reports to the Court and in the United States' Combined Statement of the Cases for these three matters, the United States expects to challenge subject matter jurisdiction for each these three matters and may file other early motions seeking to limit plaintiff's claims.

The United States understands that plaintiff proposes that discovery be stayed pending the resolution of such motions to be followed by a 120-day discovery window triggered "from resolution of all preliminary motions." The United States agrees that it would be appropriate to stay discovery pending resolution of preliminary motions. However, the United States contends that 120-day discovery window thereafter would not be sufficient, particularly if plaintiff's claims survive such initial motions totally, or even mainly, unscathed. Accordingly, the United States proposes the following schedule upon the assumption that its expected preliminary motions are unsuccessful. Should the United States' initial motions substantially limit plaintiff's claims, a somewhat shorter schedule might be appropriate.

2. Preliminary motions attacking subject matter jurisdiction or otherwise for judgment on the pleadings to be filed by October 13, 2008

3. Oppositions to such preliminary motions to be filed by November 12, 2008

4. Reply in support of preliminary motions to be filed by December 12, 2008

5. Fed.R.Civ.P. 26(a)(1) initial disclosures to be served within 30 days of resolution of all preliminary motions

6. Factual discovery to be completed one-year after resolution of all preliminary motions

7. Primary experts to be identified one-year after resolution of all preliminary motions

5. Primary expert reports to be served 13 months after resolution of all preliminary motions

6. Rebuttal experts shall be identified 14 months after resolution of all preliminary motions

7. Rebuttal expert reports to be served 15 months after resolution of all preliminary motions

8. Expert discovery to be completed by 16 months after resolution of all preliminary motions

10. Dispositive motions to be filed by 17 months after resolution of all preliminary motions with parties to agree to appropriate briefing schedule depending on scope of such motion(s)

11. Parties to confer regarding remaining pre-trial schedule prior to completion of dispositive motion briefing schedule.

Dated: _____

                                                              _____
Henry H. Kennedy Jr.
United States District Judge

CERTIFICATE OF SERVICE

I certify that on July 22, 2008, I caused to be served via the court's ECF system the UNITED STATES' [PROPOSED] COMBINED SCHEDULING ORDER FOR *ACKERMAN I, ACKERMAN III, AND ACKERMAN IV* upon:

> James P. Joseph, Esq.
> Rebecca Gordon, Esq.
> Arnold & Porter
> 555 Twelfth Street, N.W.
> Washington, D.C.  20004

/s/ Joseph E. Hunsader