IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER ACKERMAN, | |
| Plaintiff, | No. 1:08-cv-00279 (HHK) |
| v. | No. 1:08-cv-00722 (HHK) |
| UNITED STATES OF AMERICA, | No. 1:08-cv-01136 (HHK |
| Defendants. | |

**PLAINTIFF'S AMENDED [PROPOSED] SCHEDULING ORDER**[1]

Pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 16, the Court finds that entry of this Order is necessary for the just and efficient resolution of the above-captioned cases.

These litigation matters shall be conducted according to the schedule of events set forth herein:

---

[1] Upon consideration of the United States' [Proposed] Combined Scheduling Order for *Ackerman I, III, and IV*, filed July 22, 2008, Plaintiff submits this Amended [Proposed] Scheduling Order, which essentially agrees to the timeline (and specifically the expert discovery schedule) proposed by the United States except with regard to the deadline for completing factual discovery. Plaintiff hopes this Amended [Proposed] Scheduling Order will promote judicial efficiency at the Initial Scheduling Conference scheduled for July 25, 2008.

1

| **Date** | **Event** |
|---|---|
| September 15, 2008 | All parties to be joined and all amendments to be filed. |
| October 13, 2008 | Preliminary motions to determine and/or challenge subject matter jurisdiction or otherwise for judgment on the pleadings to be filed. |
| November 12, 2008 | Oppositions to such preliminary motions to be filed. |
| December 12, 2008 | Replies in support of preliminary motions to be filed. |
| 30 days from resolution of all preliminary motions | Fed. R. Civ. P. 26(a)(1) initial disclosures to be served. |
| 120 days from resolution of all preliminary motions | Factual discovery to be completed. |
| Deadline for completion of factual discovery | Primary experts to be identified. |
| One month after deadline for completion of factual discovery | Primary expert reports to be served. |
| Two months after deadline for completion of factual discovery | Rebuttal experts to be identified. |
| Three months after deadline for completion of factual discovery | Rebuttal expert reports to be served. |
| Four months after deadline for completion of factual discovery | Expert discovery to be completed. |
| Five months after deadline for completion of factual discovery | Dispositive motions to be filed, with parties to agree to appropriate briefing schedule depending on scope of such motion(s).  Parties to confer regarding remaining pre-trial schedule prior to completion of dispositive motion briefing schedule. |

**SO ORDERED:**

Dated: _____, 2008

                                        _____
                                        Hon. Henry H. Kennedy, Jr.
                                        United States District Judge