UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PETER ACKERMAN,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**UNITED STATES OF AMERICA,**<br><br>    **Defendant.** | Civil Action 08-00279 (HHK)<br>       08-00722 (HHK)<br>       08-01136 (HHK) |

### ORDER

The Clerk is hereby **ORDERED** to consolidate Civil Action Nos. 1:08-cv-00279 (HHK), 1:08-cv-00722 (HHK), and 1:08-cv-01136 (HHK).

It is further **ORDERED** that, for purposes of this consolidation, Civil Action No. 1:08-cv-00279 shall be the lead case and all papers in these actions shall be filed and docketed in that case.

**SO ORDERED.**

Dated: July 29, 2008

                       Henry H. Kennedy, Jr.
                       United States District Judge